UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>$116,830.00 IN U.S. CURRENCY,<br><br>      Defendant,<br><br>and<br><br>ABDINASIR SALEH ABUBKER,<br><br>      Claimant. | Case No. 22-mc-_____<br><br>**ORDER EXTENDING DEADLINE TO COMMENCE JUDICIAL FORFEITURE PROCEEDINGS** |

Based on the Stipulation to Extend Time to Commence Judicial Forfeiture Proceedings between the Plaintiff and the Claimant for the Defendant Currency,

IT IS HEREBY ORDERED that the deadline under 18 U.S.C. § 983(a)(3) for commencing judicial forfeiture proceedings against the Defendant $116,830.00 in U.S. Currency is extended until May 31, 2022.

Dated:

                                                            _____
                                                            *
                                                            United States Magistrate Judge