

**U.S. Department of Justice**

United States Attorney
District of Minnesota

| | |
|---|---|
| *600 United States Courthouse* | *Telephone: (612) 664-5600* |
| *300 South Fourth Street* | *Fax: (612) 664-5787* |
| *Minneapolis, MN  55415* | |

**VIA ECF**                                                       July 29, 2022

The Honorable David T. Schultz
United States Magistrate Judge
9E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415

      Re:    *United States v. $116,830.00 in U.S. Currency*
             Civil No. 22-mc-18 (KMM/DTS)

Dear Magistrate Judge Schultz:

    I am writing to inform the Court that the United States and Claimant Abdinasir Abubker have reached a settlement in this matter and there are no other pending claims to the defendant properties.  Due to the settlement, the United States will not file a forfeiture complaint against the defendant properties and the miscellaneous case can be closed without further action.

    Please do not hesitate to contact me if the Court has questions or would like any additional information.

                                          Sincerely,

                                          ANDREW M. LUGER
                                          United States Attorney

                                          *s/ Quinn Askew*
                                          BY: QUINN ASKEW
                                          Assistant U.S. Attorney

cc: Jennifer Speas, Attorney for Claimant via CM/ECF